UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 4:12-CV-1207 (CEJ) |
| FEDCHEX, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

After advising the Court that they had reached a settlement, the parties were directed to file their stipulation for dismissal by April 12, 2013. Plaintiff submitted two motions requesting additional time to complete the settlement. The Court granted both motions and the parties were directed to file their stipulation for dismissal by May 3, 2013. The parties were warned that the action would be dismissed with prejudice if they failed to meet the deadline for filing the stipulation. To date, the parties have not complied.

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice**. The costs shall be borne equally by the parties or in such manner as may be consistent with the parties' settlement agreement.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action for the sole purpose of determining whether to enforce the settlement upon motion of any party.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of May, 2013.